**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | iiRcade, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | n/a |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83 – 3341612 |

4. **Debtor's address**

   **Principal place of business**

   5250  Old Orchard Road Suite 300
   Number   Street

   _____

   Skokie                    IL    60077
   City                      State ZIP Code

   Cook
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City           State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   5250   Golf Road
   Number  Street

   The Lock Up Self Storage

   Skokie                    IL    60077
   City                      State ZIP Code

5. **Debtor's website** (URL)   www.iircade.com and store.iircade.com

Debtor  **iiRcade, Inc.**_____  Case number (*if known*)_____
        Name

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  1  1  2

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☑ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 11. *Check **all** that apply*: |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor __iiRcade, Inc._____   Case number *(if known)*_____
      <sub>Name</sub>

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY
           District _____  When _____  Case number _____
                                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                                   MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                      Number      Street
                                      _____
                                      _____  _____ _____
                                      City                                      State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

---

Debtor   iiRcade, Inc.                                           Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☒ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/11/2023
               MM / DD / YYYY

✘ /s/ Jong-Wook Shin                              Jong-Wook Shin
Signature of authorized representative of debtor         Printed name

Title  President and Chief Executive Officer

Debtor  iiRcade, Inc.
        Name                                                          Case number (if known)

18. **Signature of attorney**   ✘ /s/ Evan T. Miller                Date  07/11/2023
                                Signature of attorney for debtor          MM / DD / YYYY

                                Evan T. Miller, Esq.
                                Printed name
                                Bayard, P.A.
                                Firm name
                                600        N. King Street, Suite 400
                                Number     Street
                                Wilmington                              DE        19801
                                City                                    State     ZIP Code

                                302-429-4227                            emiller@bayardlaw.com
                                Contact phone                           Email address

                                5364                                    DE
                                Bar number                              State

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **5**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re | Chapter 7 |
|---|---|
| IIRCADE, INC.,[1] | Case No. 23-_____ (__) |
| Debtor. | |

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Fed. R. Bankr. P., the following is a list of corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| **Shareholder** | **Percentage of Equity Held** |
|---|---|
| -none- | N/A |

---

[1] The Debtor in this chapter 7 case, together with the last four digits of the Debtor's federal tax identification number, is as follows: iiRcade, Inc. (1612).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re | Chapter 7 |
|---|---|
| IIRCADE, INC.,[1] | Case No. 23-_____ (__) |
| Debtor. | |

## Creditor List

| Name | Address |
|---|---|
| airCFO | 1468 W 9th St #435, Cleveland, OH 44113 |
| Aquadiun Games | Rua Paraguaçu, 190 - Jardim Palmares, Londrina - Paraná, Brazil |
| Arc System Works | Shin-Yokohama Kaneko Bldg, 2 2-3-9 Shin Shin-Yokohama, Kohoku Kohoku-ku, Yokohama, 222-0033, Japan |
| Arcade Platform Number 1 Association | 418 Bongeunsa-ro 529-ho, Gangnam-gu, Seoul, Korea |
| ARF Game Studio | Wilson Ferreira Aldunate 1342, 11100 Montevideo, Departamento de Montevideo, Uruguay |
| Baltoro Games | ul.Kamieńskiego 51 30-644 Kraków, Poland |
| BASH Game Studio | 17 N Pennock Ave. Upper Darby, PA 19082, United States of America |
| BatFields | Přívrat 1454/12 616 00 Brno, Czechia |
| BombSquad | 1627 Lincoln Ct Apt 403 Santa Monica CA 90404 |
| Brain Connected | Im Hollergrund 83 28357 Bremen, Germany |
| Brent IP Law LLC | 1175 Grimes Bridge Road Suite 100, Roswell, GA 30075 |
| Certi Firm | 5, Gangnam-ro, Giheung-gu 592-2, Yongin-si, Gyeonggi-do, Korea |
| Chorus Worldwide | 1990 Panorama Drive, North Vancouver, BC, V7G 1V1, Canada |
| Christopher D Chang | 33 Homeland, Irvine, CA 92618 |
| City Connection | 3F Hatsunemori building, 2-27-9, Higashinihonbashi, Chuo-ku, Tokyo, 103-0004, Japan |
| ColecoVision | 109 Gaither Dr Suite 306 Mt. Laurel, NJ 08054, United States of America |
| collectorVision | 16042 N 32nd Street, Suite D14 Phoenix, Arizona 85032 USA |
| com8com1 Software | Kösters Rehre 7, 31515 Wunstorf, Germany |

---

[1] The Debtor in this chapter 7 case, together with the last four digits of the Debtor's federal tax identification number, is as follows: iiRcade, Inc. (1612).

| | |
|---|---|
| Comfort Zone Games | Wallstrass 27 21682 Stade Germany |
| Contents Technologies Co.,Ltd. | B1 Room 168, 479, Gangnam-daero, Seocho-gu, Seoul, Republic of Korea |
| CoolJosh3k | 45 Struan Avenue, Mooroolbark 3138, Melbourne, Victoria, Australia |
| CowCAT Games | 4 Impasse Albert Camus, 42160 ANDREZIEUX BOUTHEON, FRANCE |
| Deprecated Games | 1539 Timberdoodle Dr, St. Cloud, MN 56303 |
| Digital Leisure | 65B West Beaver Creek Road Richmond Hill, Ontario Canada L4B 1K4 |
| Dongil Kim | 106-403, 33, Seochojungang-ro 24-gil, Seocho-gu, Seoul, Korea |
| Dotemu | 79, rue du Faubourg Poissonnière, 75009 Paris, France |
| Drew Maniscalco | 404 Ellison Trace Argyle TX 76226 |
| Ettinsoft LLC | 365 SW G Street, Madras, Oregon 97741 |
| Fedex Corporation | 942 South Shady Grove Road, Memphis, Tennessee 38120 |
| Flynns Arcade | Calle Sevilla 17 puerta 1 46006 Valencia, Spain |
| Flytrap Studios | 18 rue Alphone Delavau 85700 POUZAUGES France |
| Fox Capital Management LTD | Rear of No 2 Glenthorne Road, London, UK |
| Gauss Capital Management Co., LTD | 7F, 325, Bongeunsa-ro, Gangnam-gu, Seoul, Korea |
| Gearhead Games | Birkeholmen 20 2. TV, Solrod Strand, 2680, Denmark |
| Global Trade and Technology Corporation | 26801 Vista Terrace, Lake Forest, CA 92630 |
| Gmode | 7F., Shinagawa Seaside East Tower, 4-12-8 Higashi-Shinagawa, Shinagawa-ku, Tokyo, Japan 140-0002 |
| Goodwin Procter LLP | 601 South Figueroa Street, Suite 4100, Los Angeles, California 90017 |
| Gumbo Machine | 222 Amherst Trail MHP Amherst, OH 44001 United States |
| Gumsoon Shin | 164 Crescent Lane, Schaumburg, IL 60193 |
| Haeseon Choi | 7F, 325, Bongeunsa-ro, Gangnam-gu, Seoul, Korea |
| Handy Games | i_Park Klingholz 13, 97232 Giebelstadt, Germany |
| Harambert | 009 Narra St., MQH, San Sebastian, Hagonoy, Bulacan, PH |
| Heesung Kim | 6 Balmoral crescent #06-01 The twins, Singapore 259896 |
| Hero Concept | 19 Mayis Mah. Sumer Sok. No:3CC/32 Kadikoy / Istanbul/ Turkey |
| Holland & Knight LLP | 1901 Avenue of the Stars, Suite 1200, Los Angeles, CA 90067 (P.O. Box 936937, Atlanta, GA 31193-6937) |
| HumaNature Studios | 152 Panaewa Street, Lahaina, Hawaii 96761 |
| Hyunju Kim | #1605-20, 32 Dasan-Ro, Jung-Gu, Seoul, Korea |

| | |
|---|---|
| igniteXL Ventures Growth Master - Ettitude & iiRCADE | 770 Josina Avenue, Palo Alto, CA 94306 |
| igniteXL Ventures, LP | 770 Josina Avenue, Palo Alto, CA 94306 |
| Ildoo Jeong | 19-3, Seopangyo-ro 32beon-gil, Bundang-gu, Seongnam-si, Gyeonggi-do, Republic of Korea |
| Ilwhan Ko | 4009-2008, Gwanggyomaeul-ro 90, Suji-gu, Yongin-si, Gyeonggi-do, Korea |
| inCiti Games | Zbrojarzy 24 Cracow Poland 30-412 |
| Insight Logistics LLC | 530 Technology Dr Suite 100, Irvine, CA 92618 |
| Jadong Koo | 2203-2202, Gwanggyohosu-ro 152gil 24, Yeongtong-gu, Suwon-si, Gyeonggi-do, Korea |
| Jamie Fenton | 4882 N Austin Ave Chicago, IL 60630 |
| Jeffson Wu | 1-44-302, 2 Chrome-24-1, Tokiwadaira, Matsudo, Chiba, Japan |
| Jeong Seong Heon | 609 26, Daegyo-ro 2beon-gil, Yeongdo-gu, Busan, Korea |
| Jeongseok Lee | 312-2404 Trizium, Jamsil-ro 62, Songpa-gu, Seoul, Korea |
| Jong-Wook Shin | 1240 Sunset Road, Winnetka, IL 60093 |
| Jungmin Kim | 209, Nakseongdaeyeok 3-gil 21, Gwanak-gu, Seoul, Korea |
| KEMCO | 2-6-6 Nakadori, Kure-shi, Hiroshima Pref. Japan, 737-0046 |
| KMBox - Psikyo | Songam/Bd 5F, Teheran-ro 441, Gangnam-gu, Seoul 06158, Republic of Korea |
| Kotech Plus | 15, Gyeongin-ro 53-gil, Guro-gu, Seoul, Korea |
| Lee & Co., CPA | 3660 Wilshire Blvd, Los Angeles, CA 90010 |
| Lillymo Games | 382 Auden Road, Guelph, Ontario, N1E 6V5, Canada |
| LunarEX Games | 1515 River Rock Trc, Woodstock GA 30188 |
| Maybell | 7247 N Leavitt Ave Portland OR 98203 |
| Mecha8, Mecha9, Princess Quest | Pedro de Alba 282. Benito Juárez, Ciudad de México. México |
| Metgan Games | Yeni Bayındır Mahallesi, 1910/2 Sokak, No 42/45, Mamak/Ankara, Türkiye |
| Minshik Roh | 83 Garland Dr, Palo Alto, CA 94303 |
| Mirae Asset Next Korea AI Venture Investment Fund | B1F, 20, Pangyoyeok-ro 241 beon-gil, Bundang-gu, Seongnam-si, Gyeonggi-do 13494, Korea |
| MobGe | Anadolu Üniversitesi Yunusemre Kampüsü Tekmer (Teknoloji Bahçesi) No:2-A Eskişehir, Turkey |
| Multiverse | C/ Escoles n. 5, 07690 Llombards, Mallorca, Spain |
| Multiverse | 9 17th street Cloquet, MN 55720 |
| NetDevice | 1006, Dongtansunhwan-daero 830, Hwaseong-si, Gyeonggi-do Korea |
| Normal Distribution | 133 Tangerine Dr, Marlboro Township, NJ 07746, United States of America |

| Orange Pixel | Visstraat 13 1781 CL, Den Helder Netherlands |
| --- | --- |
| Paon DP | NSK Buildings 1-21-8 Tabata, Kita-ku, Tokyo 114-0014, Japan |
| Piko | 8390 North Verde Dr. San Antonio Texas 78240 USA |
| Pil-Yul Shin | 164 Crescent Lane, Schaumburg, IL 60193 |
| Pixel games | 11 Nacherwee L-9644 Dahl, Luxembourg |
| Pixelatto | Av. Jane Bowles, s/n, 29011, Málaga, Spain |
| Pixelheart | 33, RUE FONGATE 13006 MARSEILLE, FRANCE |
| Playdigious | 11 rue Hermite, 54000 Nancy, France |
| PR Media Now | 1080 St.germain Cres, Orleans, Ontario K1C 2L8, CA |
| Preferred CFO | 478 S 100 E, Salem, UT 84653 |
| Raw Fury | Högbergsgatan 44, 11826 Stockholm, Sweden |
| Refold Games | Västberga allé 7, Box 6034, 126 30 Hägersten, Stockholm, Sweden |
| Regis | 5250 Old Orchard Road Suite 300, Skokie, IL 60077 |
| Retrosoft Studios | 3813 Vincent Dr, Collegeville, PA 19426, United States of America |
| Robert Peacock | 9 17th street Cloquet, MN 55720 |
| Robot Invader | 19925 Stevens Creek Blvd, Suite 100, Cupertino, CA 95014, United States of America |
| S&S Investment Co., Ltd | #207 230, Pangyoyeok-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, Korea |
| Samurai Games | Imm 10 Appt 1 Rue Roma V.N 50000 Meknes Morocco |
| Sangwoo Kim | 2123, Iljuseo-ro, Daejeong-eup, Seogwipo-si, Jeju-do, Korea |
| SEGA | Osaki Garden Tower,1-1-1 Nishi- Shinagawa,,Shinagawa-ku, Tokyo 141-0033, Japan |
| Seung Heum Baek | Hangaram Apt. 215-1101 Inchon-ro 65gagil 51, Yongsan-gu Seoul Korea 04422 |
| Seungje Park | 14-11, Yangjipyeon 2-gil, Sangnok-gu, Ansan-si, Gyeonggi-do, Korea |
| Seungyong Yeum | 304-503,629, Samseong-ro, Gangnam-gu, Seoul, 06094, Korea |
| Shinwook Kim | 101-1103, Gonghang-daero 59-gil 103, Gangseo-gu, Seoul, Korea |
| Shopify Capital, Inc. | 148 Lafayette St, New York, NY 10013-3115 |
| Sivakumar Rajendiran | EB colony, Sarkarsamakulam, coimbatore north Coimbatore Tamilnadu 641107 India |
| Sooyoung Kim | 113-2403, Gwongwang-ro 373, Paldal-gu, Suwon-si, Gyeonggi-do, Korea |
| Suhyun Kong | #207 8-dong, Samsung APT. Maetan4-dong, Yeongtong-gu Suwon-si, Gyeonggi-do, Korea |
| Sung Hyun Lee | #303, DongSan Apt, YoungSunDong, YoungDoGu, Korea |
| Sunmyoung | 43-29, Oseong-gil, Gasan-myeon, Pocheon-si, Gyeonggi-do, Korea |

| TAD Corp. | 24-40-7 Azono-nakamachi, Kochi, Kochi-ken, 781-0013, Japan |
|---|---|
| Taehyun Kim | 103-925, Eonnam-ro, Giheung-gu 5, Yongin-si, Gyeonggi-do, Korea |
| Taito | Shinjuku East Side Square 2F 6-27-30 Shinjuku, Shinjuku-ku, Tokyo 160-8447, Japan |
| Tang Cho Man (Truman) | Flat C, 1/F, Hollywood Terrace Tower A, Hollywood terrace,268 Queen's rd Central, Sheung Wwan, Hong Kong, China |
| Tatsujin - Toaplan | Hiroo Manor 301, 3-2-9 Hiroo, Shibuya-ku, Tokyo, 150-0012, Japan |
| The Voices Games | 18 Marshall Street Darlington DL3 6NN |
| Tozai Games | 12505 Bel-Red Rd, Suite 104, Bellevue, WA 98005 |
| Umaiki Games | Strotweg 30 32257 Bünde, Germany |
| Vector Unit | 930 Irwin Street, Suite 209, San Rafael, CA 94901, United States of America |
| Wonderbelly Games | 2320 185th PL NE, Redmond, WA 98052, USA |
| Yash Anand | SA-602, Purva Sunshine Sarjapur Main Road Bangalore, Karnataka 560035 India |
| Yeongsang Ryu | 713-302, 340 Whashin Rd. Dukyang-gu, Goyang City, Gyeonggi-do, Korea |
| Yeoungja Lee | 95 Songpa-Daero 32-gil 33, Garak Dongbu Centreville 103-dong 501-ho, Garakdong Songpa-gu, Seoul 05709, Korea |
| Yujin Lee | 211-1601, Tapsil-ro, Giheung-gu 152, Yongin-si, Gyeonggi-do, Korea |

**Fill in this information to identify the case and this filing:**

Debtor Name __iiRcade, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware____
                                                                                                                                               (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement and Creditor List_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/11/2023__     ✗ /s/ *Jong-Wook Shin*_____
                 MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                                   _Jong-Wook Shin_____
                                                   Printed name

                                                 _President and Chief Executive Officer_
                                                 Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE DIRECTORS OF
## IIRCADE, INC.

### June   21  , 2023

The undersigned, being the all of the directors (the "**Directors**") of iiRcade, Inc., a Delaware corporation (the "**Company**"), in accordance with Section 141(f) of the Delaware General Corporation Law, hereby adopts the following resolutions and takes the following actions contemplated herein effective as of the date first above written, and confirms that such resolutions have not been modified, rescinded, or revoked and are present in full force and effect:

**WHEREAS**, the Directors, with and upon the advice of the Company's advisors and professionals that he has deemed necessary or appropriate to consult in order to reach a fully informed conclusion, has carefully considered and evaluated the financial and operational aspects of the Company's business including the Company's business prospects and the current and long-term liabilities of the Company; and

**WHEREAS**, the Directors have determined, in their judgment, that it is advisable and in the best interest of the Company, its creditors, and other interested parties, that a voluntary petition (the "**Voluntary Petition**") be filed by the Company under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Directors have the authority to authorize a bankruptcy filing under chapter 7 of the Bankruptcy Code for the Company.

**NOW, THEREFORE, IT IS RESOLVED**, that the Company shall be, and hereby is, authorized to file a Voluntary Petition in the United States Bankruptcy Court for the District of Delaware commencing a case under chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED** that the law firm of Bayard, P.A. ("**Bayard**") is retained as legal counsel for the Company in connection with the commencement of the Company's chapter 7 case and to attend the meeting of creditors under section 341 of the Bankruptcy Code with a representative of the Company, pursuant to the terms and conditions set forth in all written agreements between the Company and Bayard; and it is

**FURTHER RESOLVED** that the Directors are hereby instructed, authorized, and empowered to execute and file on behalf of the Company all petitions, schedules, lists, instruments, certificates, affidavits and other papers and documents, and to take any and all action that the Directors deem necessary or proper to obtain relief under or in connection with such chapter 7 filing, to retain and employ all assistance by legal counsel or otherwise which they may deem necessary and proper in connection with a chapter 7 case, and take any other action as in their judgment shall be necessary, appropriate, advisable, or convenient to effectuate the purpose and intent of the foregoing resolutions, the authority for taking such actions to be conclusively evidenced thereby; and it is

**FURTHER RESOLVED** that any actions taken by the Directors of the Company prior to the adoption of these resolutions that are within the scope of the foregoing resolutions hereby are ratified, confirmed, and approved in all respects as the actions of the Company.

**IN WITNESS WHEREOF**, the undersigned, being Directors of the Company, hereby consent to, approve and adopt the foregoing resolutions as of the date first above written.

DIRECTOR:

*[DocuSigned by: Jong /338E3D39758946B]*

Jong-Wook Shin

DIRECTOR:

*[DocuSigned by: Chris Chang /BCC54BF4CAFC4D9]*

Chris Chang

DIRECTOR:

*[DocuSigned by: Minshik Roh /0A6250D71E0B48B]*

Minshik Roh

DIRECTOR:

*[DocuSigned by: /DF1E039CF821477]*

Haeseon Choi

2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of Delaware_____

**In re**

                                                                             Case No. _____

**Debtor** iiRcade, Inc.                                         Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 17,500.00_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $17,500.00_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

2. The source of the compensation paid to me was:

   [x] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is: N/A

   [ ] Debtor        [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors.

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   a. Any services beyond those disclosed in response to request number 5 above.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 07/11/2023 | /s/ Evan T. Miller |
|---|---|
| Date | Signature of Attorney |
| | Bayard, P.A. |
| | Name of law firm |